DOUGLAS L. RAPPAPORT (SBN 136194)
MICHELLE M. THOMSON (SBN 193658)
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
Telephone: (415)989-7900

Attorneys for **CLAIMANT AVERY BADENHOP**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $750,680.00 IN U.S. CURRENCY ET AL,<br><br>Defendant. | No. CV-0974-LB<br><br>ORDER [~~PROPOSED~~] |

For the reasons set forth above, this action is stayed pursuant to 18 U.S.C. Section 981(g)(1), 18 U.S.C. Section 981(g)(2), and 21 U.S.C. Section 881(I) until the conclusion of the criminal case, at which time the Parties will advise the Court whether a further stay is necessary.

Furthermore, Claimants' Answers in this civil action must be filed in this civil action within 20 days after such stay is lifted.

IT IS SO ORDERED.

Dated: April 12, 2010

_____
**LAUREL BEELER**
UNITED STATES DISTRICT JUDGE