UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br> v.<br><br>APPROXIMATELY $750,680 IN US CURRENCY, *et al.*,<br><br>    Defendant(s).<br>_____/ | No. C 10-00974 LB<br><br>**ORDER VACATING STATUS CONFERENCE** |

On April 12, 2010, the Court approved the parties' Stipulation for a stay of this matter pending resolution of the criminal case. (Dkt. #13.) Accordingly, the Court **VACATES** the Status Conference set for June 17, 2010.

**IT IS SO ORDERED.**

Dated: May 12, 2010

                  _____
                  LAUREL BEELER
                  United States Magistrate Judge

C 10-00974
Order Vacating Status Conference